IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAROL A. HOWARD,

Plaintiff,

v.

GATEWAY REGIONAL MEDICAL CENTER,
et al.,  No. 16-1250-DRH

Defendants.

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. On June 4, 2018, defendants filed a reply in support of their motion for summary judgment on Counts I and II of plaintiff's complaint (Doc. 52).

Local Rule 7.1 (c) states in part:

Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, the reply brief does not state the exceptional circumstances as to why a reply brief is needed. Thus, the Court **STRIKES** the reply (Doc. 52).

**IT IS SO ORDERED.**

Judge Herndon
2018.06.06 15:47:48
-05'00'

United States District Court