# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CAROL A. HOWARD,**

**Plaintiff,**

**v.**                                              **No. 16-1250-DRH**

**GATEWAY REGIONAL MEDICAL CENTER
and MANDI HANDFELDER,**

**Defendants.**

## ORDER

**HERNDON, District Judge:**

Now before the Court is defendants Gateway Regional Medical Center's and Mandi Handfelder's July 9, 2018 motion to exclude the opinions and testimony of plaintiff's expert, Jay Liss, M.D. (Docs. 57 & 58). As of this date, plaintiff has not responded to the motion.

Local Rule 7.1(g) provides in part:

"For all motions other than those listed in subsection (c) above, a supporting brief is not required. A party opposing a motion not listed in subsection (c) shall have **14 days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."

Here, pursuant to Local Rule 7.1(g), the Court finds the failure to respond as an admission of the merits of the motion. Thus, the Court **GRANTS** the July 9, 2018 motion to exclude the opinions and testimony of plaintiff's expert, Jay Liss, M.D. (Docs. 57 & 58). The Court **EXCLUDES** the

opinions and testimony of plaintiff's expert, Jay Liss, M.D.

**IT IS SO ORDERED.**

Judge Herndon
2018.07.30
12:13:15 -05'00'

**United States District Judge**